# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF WASHINGTON BUSINESS,<br><br>    1414 Cherry Street, S.E.<br>    Olympia, Washington  98501<br><br>NORTHWEST PULP & PAPER ASSOCIATION,<br><br>    212 Union Avenue, S.E.<br>    Olympia, Washington  98501<br><br>AMERICAN FOREST & PAPER ASSOCIATION,<br><br>    1101 K Street, N.W.<br>    Washington, D.C.  20005<br><br>GREATER SPOKANE, INC.,<br><br>    801 W. Riverside, Suite 200<br>    Spokane, Washington  99201<br><br>and FOOD NORTHWEST,<br><br>    8338 NE Alderwood Road, Suite 160<br>    Portland, Oregon  97220<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    1200 Pennsylvania Avenue, N.W.<br>    Washington, D.C.  20460<br><br>and MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>    1200 Pennsylvania Avenue, N.W.<br>    Washington, D.C.  20460<br><br>    Defendants. | Civil Action No. 23-cv-3605 |

**COMPLAINT**